IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03768-MEH

ANGELA YAZDANI,

    Plaintiff,

v.

CITY OF BRIGHTON,

    Defendant.

___

**ORDER**
___

    Before the Court is the parties' Stipulation for Dismissal with Prejudice. ECF 33. The case was dismissed with prejudice as of the entry of the Stipulation pursuant to the terms of their agreement. *See* Fed. R. Civ. P. 41(a)(1)(A) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal ") (emphasis added)). No order of dismissal is necessary.

    The Clerk of Court shall **terminate** the Stipulation [filed June 2, 2021; ECF 33] as a pending motion and **close** this case.

    Dated and entered at Denver, Colorado, this 3rd day of June, 2021.

                                          BY THE COURT:

                                          */s/ Michael E. Hegarty*

                                          Michael E. Hegarty
                                          United States Magistrate Judge